[No. 8563–1–II. Division Two. February 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
R. TOLLADAY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 85–1–00036–6, Robert L. Harris, J., entered
February 25, 1985. *Affirmed* by unpublished opinion per

Faris, J. Pro Tem., concurred in by Charette and Goodloe, JJ. Pro Tem.